UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JUAN VAZQUEZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 3:21-cv-00127 |
| ANTONIO VERA and VERA INTERIOR CONSTRUCTION, LLC, | ) ) ) ) |
| Defendants. | ) |

## ORDER

No objections have been filed to Magistrate Judge Holmes' Report and Recommendation (Doc. No. 29) that this action be dismissed because no motion for substitution was filed after the death of Antonio Vera on October 15, 2021. Having reviewed the matter de novo as required by Rule 72, the Court agrees with the recommended disposition because (1) the language of Rule 25(a)(1) is clear; (2) the decedent of Mr. Vera "was given multiple notice of the requirement of a motion for substitution," (Doc. No. 29 at 2-3), but no motion was filed by any party; and (3) Mr. Vera was sued individually and was "the sole owner and member of the defendant Vera Interior Construction, LLC" (Doc. No. 22).

Accordingly, the Report and Recommendation (Doc. No. 29) is **ACCEPTED** and **APPROVED**, and this case is hereby **DISMISSED**.

The Clerk of the Court shall enter a final judgment and close this case.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE